1  HOLME ROBERTS & OWEN LLP
   Dawniell Zavala (State Bar No. 253130)
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:     (415) 268-2000
4  Facsimile:     (415) 268-1999
   Email:  dawniell.zavala@hro.com
5
   Attorney for Plaintiffs
6
   SONY BMG MUSIC ENTERTAINMENT;
7  WARNER BROS. RECORDS INC.; and UMG
   RECORDINGS, INC.
8

**GRANTED**
*Judge James Ware*
1/14/2009

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

12

13  SONY BMG MUSIC ENTERTAINMENT,        | Case No.: 5:08-cv-04156 JW
    *et al.*,
14                                        | Honorable James Ware
                    Plaintiffs,
15                                        | **NOTICE OF DISMISSAL WITHOUT**
         vs.                              | **PREJUDICE**
16
    John Doe,
17
                    Defendant.
18

19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 5:08-cv-04156 JW
#41980 v1 saf

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs SONY BMG MUSIC ENTERTAINMENT, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant John Doe, also identified as ID # 115865697 with IP address 169.233.17.162 2007-01-24 19:01:51 EST, each party to bear its/his or her own fees and costs.  The Clerk of Court is respectfully requested to close this case.

Dated: January 12, 2009                    HOLME ROBERTS & OWEN LLP

                              By    */s/ Dawniell Zavala*
                                    Dawniell Zavala
                                    Attorney for Plaintiffs
                                    SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; and UMG RECORDINGS, INC.

**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearings and motions.  The Clerk shall close this file.

Dated:  January 14, 2009            _____
                                    United States District Judge

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 5:08-cv-04156 JW
#41980 v1 saf

1